FILED

05/29/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 20-0011

GALLATIN COUNTY CLERK
OF DISTRICT COURT
JENNIFER BRANDON

2019 NOV 22 AM 8:18

FILED

BY_____ DEPUTY

MONTANA EIGHTEENTH JUDICIAL DISTRICT COURT
GALLATIN COUNTY

| | | |
|---|---|---|
| CYNTHIA R. BOND, | ) | |
| | ) | Hon. Rienne McElyea |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | CAUSE NO. DV-17-130B |
| | ) | |
| PATRICIA A. COSGROVE, M.D., | ) | **JUDGMENT** |
| MEDICAL EYE SPECIALISTS, P.C., a | ) | |
| Montana corp., f/k/a MEDICAL EYE | ) | |
| SPECIALISTS, INC., a Montana corp., | ) | |
| | ) | |
| Defendants. | ) | |

This case came on regularly for trial on September 16, 2019. The Plaintiff, Cynthia Bond was represented by Gary L. Walton. The Defendants were represented by John Russell, Brown Law Firm, P.C. A jury of twelve persons was duly empaneled and sworn to hear the evidence. Witnesses on behalf of the Plaintiff and Defendants were called, sworn and examined. Exhibits were placed into evidence.

After presentation of the evidence, the jury, on a Special Verdict, determined the facts and answered the Special Verdict as set forth in the Judgment attached hereto as Exhibit 1, and by this reference herein incorporated. Based upon the Special Verdict found by the Jury, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that the Plaintiff, Cynthia Bond shall recover Five Thousand Seven Hundred Sixty-Six ($5766.00) Dollars from the Defendants, plus interest thereon at the rate of 8.5% percent per annum from the date of this judgment until paid. It is further ordered that the Plaintiff Cynthia Bond

1. **JUDGMENT**

shall recover from the Defendants her costs as allowed by law in the amount of Two Thousand Four Hundred Nine and 95/100ths, ($2409.95) Dollars plus interest thereon at the rate of eight and one-half (8.5%) percent per annum from the date of this judgment until paid.

DATED this 22 day of November , 2019.

_____
Hon. Rienne H. McElyea
District Judge

C.C. Gary Walton
John Russell     > emailed 11/22/19

**2. JUDGMENT**

MONTANA EIGHTEENTH JUDICIAL DISTRICT COURT 2019 SEP 19 PM 5: 03
GALLATIN COUNTY

CYNTHIA R. BOND, )
)                    FILED
)
Plaintiff, )          Hon. Rienne H. McElyea
)          BY_____DEPUTY
)
-vs- )                CAUSE NO. DV-17-130B
)
PATRICIA A. COSGROVE, M.D., )      **SPECIAL VERDICT**
MEDICAL EYE SPECIALISTS, P.C., a )
Montana corp., f/k/a MEDICAL EYE )
SPECIALISTS, INC., a Montana corp., )
)
Defendants. )
)

We, the Jury, answer the questions submitted as follows:

1. What is the amount of money that will compensate the Plaintiff for damages caused by Defendants?

| | |
|---|---|
| Pain and suffering | $ 0 |
| Mental and emotional distress | $ 0 |
| Value of any service, whether paid or not, which Plaintiff would have performed for herself or others, but can no longer perform | $ 5,266 |
| Purchases necessitated by her injury | $ 500 |
| Necessary care, treatment, and services | $ 0 |
| Impairment, if any, of her capacity to pursue and established course of life | $ 0 |

Please sign your verdict and notify the bailiff that you have reached a verdict.

Dated this 19 day of September 2019.

By_____
Foreperson

1. SPECIAL VERDICT

EXHIBIT 1